IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Paul S. Diamond |
| | : | |
| v. | : | Criminal No. 06-112 |
| | : | |
| ARTHUR D'AMARIO | : | |

## ORDER

AND NOW, this 26th day of March, 2007, upon consideration of Defendant's Motion for Judgment of Acquittal (Doc. No. 164), Motion for a New Trial (Doc. No. 165), Memorandum of Law in Support of Defendant's Post-Trial Motions for Judgment of Acquittal or, in the alternative, for a New Trial (Doc. No. 166), Supplemental Memorandum of Law in Support of Defendant's Post-Trial Motions for Judgment of Acquittal or, in the alternative, for a New Trial (Doc. No. 200), and Second Supplemental Memorandum of Law in Support of Defendant's Post-Trial Motions (Doc. No. 208), and the Government's Response (Doc. No. 188), and Supplemental Response (Doc. No. 209), it is ORDERED that the Motions are **DENIED**.

IT IS SO ORDERED.

/s Paul S. Diamond, J.

------------------------

Paul S. Diamond, J.