IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Paul S. Diamond |
| v. | : | Criminal No. 06-112 |
| ARTHUR D'AMARIO | : | |

AND NOW, on this 3rd day of November, 2008, upon consideration of Defendant's Motion for a New Trial (Doc. No. 276) and the Government's Response in Opposition to Defendant's Motion for a New Trial (Doc. No. 280), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

IT IS SO ORDERED.

/s Paul S. Diamond

_____

Paul S. Diamond, J.