IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Crim. No. 06-112 |
| | : | |
| ARTHUR D'AMARIO | : | |

## ORDER

**AND NOW**, this 11th day of December, 2012, it is **ORDERED** that Defendant's *pro se* Motion to Stay Illegal, Second Sentence is **DENIED without prejudice**. Defendant, who is represented by counsel, is not entitled to hybrid representation. See McKaskle v. Wiggins, 465 U.S. 168, 183 (1984) (no Sixth Amendment right to "hybrid representation"); United States v. D'Amario, 328 F. App'x 763, 764 (3d Cir. 2009) (per curiam) ("[A] district court is not obligated to consider *pro se* motions by represented litigants.").

IT IS SO ORDERED.

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.